AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| JOSEPH AURILIA. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-03474(DG)(VMS) |
| SOMPO HOLDINGS INTERNATIONAL LTD, ENTELA HANA, KIMBERLY ROSE and DAVID KTRATZ, (Sued in their Individual Capacities Pursuant to NYEL §§ 290 et seq), | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sompo Holdings International LTD
48 Par-la-ville Road
Hamilton HM 11
Bermuda

RIDER SHEET ATTACHED FOR ADDITIONAL DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michael Mishkin PC
Scott Michael Mishkin, Esq.
One Suffolk Square Suite 240
Islandia, New York 11749
631-234-1154

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY

*CLERK OF COURT*

Date: _____6/12/2026_____          _____s/ A. Isaiah Herrera_____
                                        *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------X

JOSEPH AURILIA,

                                                    Plaintiff,

              -against-


SOMPO HOLDINGS INTERNATIONAL LTD,
ENTELA HANA, KIMBERLY ROSE and
DAVID KRATZ, (Sued in their Individual Capacities
Pursuant to NYEL §§ 290 *et seq*),

                                     Defendants.

: CV: 26-03474(DG)(VMS)

----------------------------------------------------------------------------X

## RIDER TO THE CIVIL SUMMOMS

Pursuant to the directives of the Clerk of the Court, the following is a complete list of the names and address of all remaining defendants named in this action:

**DEFENDANT #2**

Name:      Entela Hana
Address:   71 Lawrence Park Cres
             Bronxville, New York 10708

**DEFENDANT #3**

Name:      Kimberly Rose
Address:   95 Bowman Drive
             Greenwich, Connecticut 06831

**DEFENDANT #4**

Name:      David Kratz
Address:   17 Hussars Camp Place
             Ridgefield. Connecticut 06977

Dated: June 11, 2026

Respectfully submitted,
*/s/ Scott Michael Mishkin, Esq.*

Scott Michael Mishkin PC
One Suffolk Square Suite 240
Islandia, New York 11749
Tel: (631) 234-1154
Email: mishkinesq@optonline.net
*Attorneys for Plaintiff Joseph Aurilia*